# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MONTEJO, JR., et al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>     Defendants. | Case No.  1:25-cv-00967-KES-SAB<br><br>ORDER GRANTING STIPULATION TO FILE FIRST AMENDED COMPLAINT<br><br>(ECF No. 15) |

On January 16, 2026, the parties filed a stipulation to allow Plaintiff to file a first amended complaint in this action to correct the spelling of Plaintiff John Montijo Jr.'s surname. (ECF No. 15.)  Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1.  Plaintiff is granted leave to file his first amended complaint within three (3) court days of this Order; and

2.  Defendants' previously filed answer shall be deemed responsive to the forthcoming first amended complaint.

IT IS SO ORDERED.

Dated:  __**January 20, 2026**__

_____
STANLEY A. BOONE
United States Magistrate Judge

1